## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| QUINISHA RUTHERFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:17-CV-0054-TCB |
| JACKMONT ADMINISTRATIVE | ) |
| SERVICES, LLC. | ) |
| Defendant. | |

## ORDER

This matter is before the Court on a Joint Motion for Approval of Proposed Full Release Agreement and Settlement of All Claims. The Court finds that Plaintiff's claims include bona fide dispute over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Upon review of the proposed Full Release Agreement and Settlement of All Claims, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Approval of the Proposed Full Release Agreement and Settlement of All Claims is **GRANTED**.

2. The Parties' Full Release Agreement and Settlement of All Claims is **APPROVED**.

4758372v.1

3.	Plaintiff shall conclusively be deemed permanently barred from commencing, prosecuting, or otherwise maintaining, in any court or forum, any action against Defendant as set forth in the Agreement, including but not limited to any action for unpaid wages and/or liquidated damages against Defendant under the FLSA.

4.	This matter is hereby **DISMISSED WITH PREJUDICE,** with this Court retaining continuing jurisdiction regarding the Agreement, and the Parties' compliance with the Agreement.

**IT IS SO ORDERED,** this 7th day of November, 2017

_____
United States District Court
Northern District of Georgia

4758372v.1